**DENIED and Opinion Filed October 8, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01109-CV**

**IN RE LORNE ROSS, Relator**

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 45804**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Breedlove

Before the Court is relator's September 20, 2024 petition for writ of mandamus. Relator argues that the trial court is failing to properly enforce relator's purported plea agreement. Relator's petition, however, does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1; TEX. R. APP. P. 52.3(g)–(h), (j), (k)(1)(A); TEX. R. APP. P. 52.7(a). Thus, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem.

op.) (denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relator's petition.

241109f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE